**COUNTY OF LENOIR v. MOORE**

[340 N.C. 104 (1995)]

COUNTY OF LENOIR CITY OF KINSTON v. WILLIAM H. MOORE, JR., ET AL

No. 216A94

(Filed 7 April 1995)

Appeal by defendant North Carolina Department of Revenue pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 114 N.C. App. 110, 441 S.E.2d 589 (1994), affirming the judgment allowing plaintiffs' motion for summary judgment entered by Exum, J., at the 8 September 1992 Civil Session of District Court, Lenoir County. Heard in the Supreme Court on 13 March 1995.

*Griffin & Griffin, by Robert W. Griffin, for the plaintiff-appellees.*

*Michael F. Easley, Attorney General, by Christopher E. Allen, Assistant Attorney General, for the defendant-appellant North Carolina Department of Revenue.*

PER CURIAM.

Justice Orr recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard,* 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.